**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Yu ZOU,<br><br>Defendant. | Case No.:  26mj1348<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C. § 1324(a)(2)(B)(ii)<br>Bringing in Aliens for Financial Gain<br>(Felony) and Title 18, U.S.C., Sec. 2<br>Aiding and Abetting |

The undersigned complainant being duly sworn states:

On or about March 9, 2026, within the Southern District of California, Defendant Yu ZOU, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yuanyuan LIANG had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

The complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
Manuel Escamilla, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on March 10, 2026.

_____
HON. STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

1
2
3   The complainant states that Yuanyuan LIANG is a citizen of a country other than the
4   United States; that said alien has admitted she is deportable; that her testimony is material;
5   that it is impracticable to secure her attendance at trial by subpoena; and that she is a Material
6   Witness in relation to this criminal charge and should be held or admitted to bail pursuant
7   to Title 18, United States Code, Section 3144.
8
9   On March 09, 2026, at approximately 3:50 P.M., Yu ZOU, a United States citizen,
10  applied for admission into the United States from Mexico via the Otay Mesa, California Port
11  of Entry vehicle primary lanes as the driver of a Kia Sorrento bearing California license
12  plates. The Defendant was accompanied by an adult female passenger, later identified as
13  Yuanyuan LIANG (Material Witness). Upon inspection before a United States Customs and
14  Border Protection (CBP) Officer, the Defendant presented a United States passport card as
15  his entry document and a Legal Permanent Resident card (I-551) bearing the name with
16  initials L.G. on behalf of the Material Witness. The CBP Officer observed the Material
17  Witness avoiding eye contact and asked her when she last crossed the border. The Defendant
18  responded stating that the Material Witness does not speak English. The CBP Officer asked
19  the Material Witness if she had another form of identification and she stated no. The CBP
20  Officer then asked the Defendant how he knew the Material Witness, to which he responded
21  they are friends. The Defendant stated they were going home to San Diego, California. The
22  CBP Officer suspected the Material Witness was an imposter to the I-551 presented and
23  elected to refer the vehicle and occupants to secondary for further investigation.
24
25  In secondary, the Material Witness's true identity was ascertained. It was confirmed
26  that the Material Witness was not the lawful owner of the I-551 presented, further record
27  checks revealed the I-551 had been lawfully issued to L.G. The Material Witness was
28  queried by fingerprint and photograph submission through the Automated Biometric

Identification System (IDENT) with positive results, identifying the Material Witness as Yuanyuan LIANG, a citizen of China without legal documents to enter, pass through, or reside in the United States; LIANG is now held as a Material Witness.

During a video-recorded interview, the Material Witness admitted to being a citizen of China without documents to enter the United States. The Material Witness stated she does not know the Defendant. The Material Witness stated Defendant gave her the I-551 Legal Permanent Resident card bearing the initials L.G. The Material Witness stated the Defendant instructed her to memorize the information on the I-551 Legal Permanent Resident card. The Material Witness stated her passport was taken from her while in Mexico by an unidentified male. The Material Witness stated she was picked up today by the Defendant and another unidentified male who took her passport. The Material Witness stated she was told she would owe money to be brought into the United States and that she would work for the people smuggling her to pay off the debt. The Material Witness stated she did not know where she was going to be taken in the United States.